UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TERESA TRANTHAM,

                Defendant,

_____/

Case: 4:25-cr-20007
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-06-2025

Violation:
18 U.S.C. § 666(a)(1)(A)

## INFORMATION

The United States Attorney Charges:

## COUNT ONE
18 U.S.C. § 666(a)(1)(A)
*Federal Program Theft*

From on or about January 1, 2019, and continuing until on or about July 18, 2019, in the Eastern District of Michigan, Southern Division, defendant Teresa Trantham, being an agent of an organization that received, in the one-year period beginning January 1, 2019, more than $10,000 under a federal program involving a grant of federal assistance, embezzled, stole, and without authority knowingly

1

converted to the use of a person not the rightful owner, property worth at least $5,000

and owned by the organization, in violation of 18 U.S.C. § 666(a)(1)(A).

DAWN N. ISON
United States Attorney

Jules M. DePorre
Assistant United States Attorney
600 Church Street, 2nd Floor
Flint, MI   48502
(810) 766-5177

Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

Dated: January 6, 2025

2

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | | Companion Case Number: |
|---|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | | Judge Assigned: |
| ☐ Yes    ☑ No | | AUSA's Initials:  JMD |

**Case Title:** USA v.   TERESA TRANTHAM

**County where offense occurred :**   GENESEE

**Check One:**    ☑ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/__X__Information --- based upon prior complaint [Case number:  22-mj-30532      ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 6, 2025
_____
Date

*Jules M. DePorre*

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013